IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff,<br><br>　v.<br><br>COLTON ALBRIGHT,<br>STACEY GORMAN,<br>ANDRE HARRIS,<br>and<br>ANDRE WATSON,<br>　　　　　Defendants. | Case No. 25-20069-HLT |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through undersigned counsel, requests the Court for an order unsealing this indictment.

WHEREFORE, the United States respectfully requests that this indictment be unsealed.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

*/s/ David P. Zabel*
DAVID P. ZABEL
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, KS 66101
Ph. 913-551-6730
Fax 913-551-3541
David.Zabel@usdoj.gov
Ks S.Ct.No. 17887

*/s/ Taylor A. Hines*
TAYLOR A. HINES
Special Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, KS 66101
Ph. 913-551-6730
Fax 913-551-3541
Taylor.Hines@usdoj.gov
Ks S.Ct.No. 28101

2

**CERTIFICATE OF SERVICE**

I certify that on September 16, 2025, I provided this Motion via email to the clerk of the court for filing and uploading to the CM/ECF system, which will issue a Notice of Electronic Filing.

/s/ David P. Zabel
DAVID P. ZABEL
Assistant United States Attorney

/s/ Taylor A. Hines
TAYLOR A. HINES
Special Assistant United States Attorney